UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KEVIN BRANHAM, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of the Social Security Administration, )<br>)<br>Defendant. ) | 1:06-cv-118-RLY-TAB |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Kevin Branham is not entitled to Supplemental Security Income and Disability Insurance Benefits based on his applications filed on February 12, 2004, is **AFFIRMED.**

Date: 3/22/07

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Jame S. Goldstein
jamegoldsteinlaw@aol.com